**MINUTE ORDER OF THE UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

Case Name: **SISSOKO v. NOEM et al.** Case Number: **3:26-cv-01102-CAB-DDL**

Hon. Cathy Ann Bencivengo Ct. Deputy Lori Hernandez Rptr Tape: N/A

On July 1, 2026, Petitioner filed a motion for attorney fees under the Equal Access to Justice Act. [Doc. No. 10.] On July 20, 2026, the parties filed a notice that they were finalizing a settlement regarding Petitioner's motion. [Doc. No. 12.] Petitioner shall file a status update by September 4, 2026 regarding settlement.

Date: August 24, 2026 Initials: REO